RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  1 / 11 / 07
BY    DM

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

CHARLES DAVID ROUSSEAU

versus

CIVIL ACTION NO. 06-517
JUDGE S. MAURICE HICKS, JR.

DEPUY ORTHOPAEDICS, INC. and
HOWMEDICA OSTEONICS CORP.

## ORDER

Before the court is a "Motion For Entry Of Order Granting Final Judgment To Howmedica Osteonics Corp. Pursuant To Federal Rule Of Civil Procedure 54(b)" filed by Howmedica Osteonics Corp. ("Howmedica"). Record Document 64.

After a careful review of Howmedica's memorandum in support of this motion and in light of the "historic federal policy against piecemeal appeals," the court has determined that this is not a proper case for the application of Rule 54(b). Curtiss-Wright Corp. v. Gen. Electric Co., 446 U.S. 1, 8, 100 S.Ct. 1460, 1465 (1980).

Therefore, **IT IS ORDERED** that Howmedica's motion is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the ___ day of January, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE